```
 1  KAREN P. HEWITT
    United States Attorney
 2  LAURA E. DUFFY
    Assistant United States Attorney
 3  California State Bar No. 199232
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-6340/(619) 557-3445 (Fax)
 5  Email: laura.duffy@usdoj.gov

 6  Attorney for Plaintiff
    United States of America
 7
                    UNITED STATES DISTRICT COURT
 8
                   SOUTHERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )   Criminal Case No. 02cr0878-L
10                               )
             Plaintiff,          )   PROTECTIVE ORDER
11                               )
         v.                      )
12                               )
    JOSE ALBERT MARQUEZ (2),     )
13                               )
             Defendant.          )
14  _____)

15
         Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure
16
    pertaining to pretrial discovery, and to prevent premature disclosure
17
    of evidence to potential targets, subjects, and witnesses of ongoing
18
    investigations,
19
         IT IS HEREBY ORDERED that the defendant, his counsel of record,
20
    and the counsel's assistants, as hereafter defined, shall not disclose
21
    the substance of any discovery material received from the Government
22
    in the above-captioned matter, including all documents relating to
23
    wire and electronic intercepts, to any third party, unless such
24
    material is already a matter of public record, without prior approval
25
    of this Court;
26
         Pursuant to Rule 16(d) of the Federal Rules of Criminal
27
    Procedure,
28
```

FILED

2007 MAR 13 PM 4:05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IT IS FURTHER ORDERED, subject to the review of the parties, that the United States Attorney and the Assistant United States Attorneys assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendant, his counsel and his assistants, shall not disclose the substance of any discovery material produced to the defendants or obtained by the Government from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case;

Except that nothing contained herein shall prevent the Government, or the defendant or his counsel, from disclosing such discovery material to any other attorneys working for the Government, the defendant or his counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendant and his counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order;

Further, nothing contained herein shall preclude the Government, defendant or his counsel, or their respective assistants from conducting a normal investigation of the facts of this case on behalf of the Government or said defendant, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that

are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendant or his counsel, or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days.

Defense counsel and the Government shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: 3/13/07

THE HONORABLE M. JAMES LORENZ
United States District Judge

1    I consent to the entry of the attached protective order in the case of <u>United States v. Gustavo Rivera Martinez, et al.</u>, Criminal Case No. 02cr0878-L.

DATED: 2/28/07

_____
LAURA E. DUFFY
Assistant United States Attorney

DATED: 3/1/07

_____
WILLIAM W. BROWN
Attorney for defendant
Jose Albert Marquez