**FILED**
MAY 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   02CR0878-L |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JOSE ALBERTO MARQUEZ, | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the above-captioned case be declared complex. This Court will exclude any period of time resulting from continuances beyond the limits of the Speedy Trial Act after finding that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

DATE: 5/21/07

_____
HON. M. JAMES LORENZ