UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 02CR0878-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AND JUDGMENT TO DISMISS** |
| v. | ) | |
| | ) | |
| JOSE ALBERT MARQUEZ (2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant JOSE ALBERT MARQUEZ.

**SO ORDERED.**

DATED: November 18, 2011

_____
M. James Lorenz
United States District Court Judge