# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 NOV 22  PM 3: 27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE ALBERT MARQUEZ (2),<br><br>　　　　　　　　Defendant. | CASE NO. 02CR0878-L<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

XX　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

XX　of the offense(s) as charged in the Indictment/Information:

　　　21:952, 960 AND 963; 18:2 - CONSPIRACY TO IMPORT AND DISTRIBUTE

　　　MARIJUANA AND COCAINE AND AIDING AND ABETTING

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 21, 2011

　　　　　　　　　　　　　　　M. JAMES LORENZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE